IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 3:25-CR-72 |
| v. | ) |
| | ) 8 U.S.C. § 1326(a) |
| SEBASTIAN LOPEZ-ALONSO, | ) Illegal Reentry |
| | ) |
| *Defendant.* | ) |

### INDICTMENT

May 2025 TERM - At Richmond

The Grand Jury charges that:

### COUNT ONE
(Illegal Reentry)

On or about November 16, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, SEBASTIAN LOPEZ-ALONSO, an alien who was previously removed from the United States on or about November 3, 2014, was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of Homeland Security, for re-application for admission into the United States. (In violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: /s/ Peter S. Duffey
Peter S. Duffey
Assistant United States Attorney